UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

CASE AND DEADLINE INFORMATION

Civil Action No.: 6:16cv34
Name of party requesting extension: Wal-Mart Stores, Inc.
Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 04/20/2016
Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other ____ days
New Deadline Date: 06/10/2016 *(Required)*

ATTORNEY FILING APPLICATION INFORMATION

Full Name: Lance Lee
State Bar No.: 24004762
Firm Name: Attorney-at-Law
Address: 5511 Plaza Drive
        Texarkana, Texas 75503

Phone: 903.223.0276
Fax: 903.223.0210
Email: wlancelee@gmail.com

A certificate of conference does not need to be filed with this unopposed application.