# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TINNUS ENTERPRISES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civ. Action No. 6:16-cv-34-RWS-JDL |
| WAL-MART STORES, INC. d/b/a WAL-MART; | ) |
| BED BATH & BEYOND INC.; | ) |
| FRY'S ELECTRONICS; | ) |
| KOHL'S DEPARTMENT STORES; | ) |
| THE KROGER CO.; | ) |
| SEARS HOLDINGS CORPORATION; | ) |
| TOYS "R" US-DELAWARE, INC.; and | ) |
| WALGREENS BOOTS ALLIANCE, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

On this day came on to be Plaintiff's Tinnus Enterprises, LLC ("Plaintiff") Motion for Leave to Seal its Opposition to Defendants' Emergency Motion to Compel, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's Opposition to Defendants' Emergency Motion to Compel is hereby sealed.

**So ORDERED and SIGNED this 27th day of May, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE