UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TINNUS ENTERPRISES, LLC, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Civ. Action No. 6:16-cv-34-RWS-JDL |
| WAL-MART STORES, INC. d/b/a WAL-MART; | ) |
| BED BATH & BEYOND INC.; | ) |
| FRY'S ELECTRONICS; | ) |
| KOHL'S DEPARTMENT STORES; | ) |
| THE KROGER CO.; | ) |
| SEARS HOLDINGS CORPORATION; | ) |
| TOYS "R" US-DELAWARE, INC.; and | ) |
| WALGREENS BOOTS ALLIANCE, INC. | ) |
| | ) |
|   Defendants. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH P.R. 3-1 AND 3-2 DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

Pursuant to this Court's May 26, 2016 Scheduling Order (Dkt. No. 34), Plaintiff Tinnus Enterprises, LLC ("Plaintiff") hereby files this notice confirming that they have complied with said Order and served its Patent Rule 3-1 & 3-2 Disclosure of Asserted Claims and Infringement Contentions *via* electronic mail on June 6, 2016.

Dated: June 8, 2016

                                            Respectfully submitted,

                                            */s/ Kelly J. Kubasta*

**Kelly J. Kubasta**
Texas Bar No. 24002430
**James E. Davis**
Texas Bar No. 05504200

**FERGUSON BRASWELL & FRASER, P.C.**
2500 Dallas Parkway, Suite 501
Plano, Texas 75093
Phone: 972-378-9111
Fax: 972-378-9115
kkubasta@dallasbusinesslaw.com
jdavis@dallasbusinesslaw.com

*COUNSEL FOR PLAINTIFF*
*TINNUS ENTERPRISES, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via e-filing through the Courts CM/ECF system per Local Rule CV-5(a)(3) and/or by e-mail, on the 8th day of June, 2016.

/s/ *Kelly J. Kubasta*
Kelly J. Kubasta