IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE: June 17, 2016

| JUDGE:<br>JOHN D. LOVE | REPORTER: Shawna Hicks |
|---|---|
| LAW CLERK: Jenna Gillingham | COURTROOM DEPUTY: Sharon Baum |

| TINNUS ENTERPRISES, LLC, ET AL.<br><br>V<br><br>TELEBRANDS CORPORATION INC., ET AL. | CIVIL ACTION NO: 6:16-cv-33<br><br>PRELIMINARY INJUNCTION HEARING |
|---|---|

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| See attached sign in sheets | See attached sign in sheets |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 1:30 p.m.   **ADJOURN:** 5:09 p.m.

| TIME: | MINUTES: |
|---|---|
| 1:30 | Case called. Parties announced they are here and ready. |
| 1:33 | Mr. Findlay will make a statement with regard to what was brought up this morning. |
|  | Mr. Lee responds the retailers' position that the Court should not take any action on preliminary injunction. |
| 1:36 | Judge responds. The Court will join Zuru as an involuntary plaintiff in the retailer case. |
|  | Mr. Lee would like a moment to address with co-counsel. |
|  | Judge indicates Zuru should be part of the retailer case, a stay in the retailer case. I will give you an opportunity to discuss and get back to me. Let us begin the hearing, 10 minutes for opening statement. Place the Plaintiff on a one hour time limit and the Defendants the same. Plaintiff may then make its opening statement. |
| 1:39 | Mr. Dunlap begins opening statement. The courtroom is now sealed. |
|  | Judge has representatives step out and phone is on mute. The transcript is sealed at this time. |

| TIME: | MINUTES: |
|---|---|
| 1:42 | Mr. Dunlap continues his opening statement with discussion of price erosion. Ask that you consider this preliminary injunction on an expedited basis. |
| 1:49 | The Courtroom is now unsealed and the transcript is unsealed. |
| 1:49 | Mr. Underhill begins his opening statement. |
| 1:58 | Mr. Dunlap makes an objection that the information was under another Court's protective order. |
| | Judge stresses that the parties must be very careful. Mr. Underhill your time is up. |
| 1:59 | Ms. Mowbray was sworn and begins testimony. |
| | Mr. Dunlap asks that the retailers be excused. The transcript is also sealed at this time. |
| | Ms. Mowbray continues her testimony. |
| | Objection by Ms. Grigsby. |
| | Judge notes the objection, as to demonstration it is overruled. |
| 2:07 | Ms. Mowbray continues her testimony. |
| 2:13 | Ms. Grigsby begins her cross examination of Ms. Mowbray. |
| | Ms. Mowbray is asked to look at Exhibit 30, paragraph 4 of the Declaration of Andy Prince in the binder. Ms. Mowbray may step down. |
| | Mr. Dunlap called Barry Kudrowitz and he is sworn. The retailers are allowed back in the courtroom and this portion of the transcript is unsealed. |
| 2:19 | Mr. Spendlove begins questioning of Mr. Kudrowitz. No further questions. |
| 2:29 | Mr. Maurer begins cross examination. No further questions. |
| 2:37 | Mr. Dunlap calls Dr. Perryman and we need to seal the courtroom and transcript again. Dr. Perryman was sworn. |
| 2:38 | Mr. Putbrese begins questioning of Dr. Perryman. |
| 2:54 | Mr. Underhill begins cross examination. No further questions. |
| | Judge sends Mr. Underhill back to the podium. Any redirect? You may step down. Retailers can return and transcript is unsealed. |
| 3:00 | Ms. Harper was sworn. Mr. Olauson puts on the record that all parties agree that experts are all well qualified. |

| TIME: | MINUTES: |
|---|---|
|  | Mr. Olauson begins questioning of Ms. Harper. No further questions. |
| 3:06 | Mr. Maldonado begins cross examination of Ms. Harper. No further questions. |
|  | Mr. Dunlap states they have no further witnesses. |
|  | Judge states we will take a brief recess. Plaintiff used 47 minutes and Defendants have used 18 at this time. Mr. Iyer will be called first. Anything further before break? |
| 3:22 | We are back in session. Defendant will begin the presentation of their evidence. |
| 3:22 | Mr. Iyer is called and sworn. |
|  | Mr. Maldonado begins questioning of Mr. Iyer. No further questions. |
| 3:32 | Mr. Dunlap begins cross examination. Mr. Iyer steps down. Defendant calls Dr. Kameron. |
| 3:34 | Dr. Kameron has been sworn and Mr. Underhill begins questioning. |
|  | Mr. Dunlap objects to leading questions. |
| 3:59 | Judge directs him not to ask leading questions. |
|  | Mr. Underhill continues his questioning of Dr. Kameron. No further questions. |
| 4:00 | Mr. Spendlove begins cross examination. Mr. Spendlove hands the witness his previous testimony and points to Page 108, Line 16. The witness is handed a Balloon Bonanza demonstrative. No further questions. |
| 4:11 | Mr. Underhill begins redirect. |
|  | Defendant calls Dr. Hatch. The retailers are leaving the Courtroom and the transcript is sealed. |
| 4:13 | Dr. Hatch is sworn. |
|  | Mr. Love begins questioning. |
|  | Mr. Dunlap objects. |
|  | Judge overrules the objection. |
|  | Mr. Love continues questioning. I am showing you Defendant's Exhibit 53. |

| TIME: | MINUTES: |
|---|---|
|  | Judge states that time is up. Any cross examination? |
| 4:21 | Mr. Putbrese begins cross examination. Witness is handed a copy of his report and asked to turn to page 7. |
|  | Judge states time is up. Dr. Hatch may step down. We will proceed to closing statements. I will hear first from the Plaintiff. |
| 4:24 | Mr. Putbrese begins closing statement. |
|  | Mr. Underhill objects. |
|  | Judge the objection is sustained if it is outside the record. |
| 4:40 | Mr. Putbrese continues his closing statement. |
| 4:45 | Mr. Underhill begins his closing statement. |
| 4:58 | Mr. Dunlap objects it was not put into evidence. |
|  | Judge overrules, objection is noted. If it is not in the record I am not going to use it. |
| 4:59 | Mr. Underhill states these numbers are in Dr. Hatch's report, Exhibit 4-B. |
|  | Mr. Dunlap objects to Mr. Ratliff's price erosion. |
|  | Judge states time is up and I will hear from Mr. Lee for five minutes. |
| 5:01 | Mr. Lee begins his closing statement. |
|  | Mr. Dunlap same objection. Judge makes same ruling if it is not in the record it will not be used. |
|  | Mr. Lee continues his statement. |
| 5:06 | Judge states if there is an objection any one wants to submit I will give you until Monday at 5:00 to submit that and attach no more than 2 pages and it can be filed under seal and any response to that by Wednesday at 5:00. Anything further? |
| 5:07 | Mr. Underhill asks for additional time. |
| 5:09 | Judge denies the request. Nothing further, we are adjourned. |

6:16-CV-33

# TINNUS ENTERPRISES, LLC, ET AL.

V.

# TELEBRANDS CORPORATION, ET AL
June 17, 2016 – Preliminary Injunction Hearing

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Tom Dunlap | Plaintiffs |
| Eric Findlay Debby Gunter | " " |
| Robert Spendlove | " " |
| Kelly Kubasta | Tinnus in '34 action |
| Jeff Ahdoot | Plaintiffs |
| Nikki Kahn | " " |
| Cortland Putbrese | " " |
| | |
| | |
| | |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| Anna Mowbray | ZURU |
| Josh Malone | Tinnus |
| | |
| | |

6:16-CV-33

# TINNUS ENTERPRISES, LLC, ET AL.

# V.

# TELEBRANDS CORPORATION, ET AL
June 17, 2016 – Preliminary Injunction Hearing

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Lance Lee | Telebrands/All Retailers |
| Greg Love | " " |
| Mike Underhill | |
| Stacey Grigsby | |
| Kate Ferguson | |
| Eric Master | |
| Elana Araj | |
| Ros Maldonado | ↓ |
| Tara Elliott | Walmart Stores, Inc. |
| | |
| | |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| Bala Iyer | Telebrands |
| Roz Mitchell | Walmart Stores, Inc. |
| | |
| | |

<u>Retailers</u>

Richard Russell - Walgreens
Brent Beeler - Sears
Rick Wilborn - TRU
Joe Pittman - Kohl's
Matt Clark - BBB
Bala Iyer - Telebrands
Mark Wilkinson - Kroger
Rosalyn Mitchell - Walmart